ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. BRIDGETTE BECK JACOBS,<br><br>Plaintiff,<br><br>v.<br><br>PATROL SERVICES, INC.,<br>ANDREW W. BRYAN,<br>MICHELLE D. BRYAN,<br>ATLANTA HOUSING AUTHORITY, and<br>DOMINIUM MANAGEMENT CORP.,<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:98-cv-1348-BBM<br><br>Filed Under Seal<br>Removed from seal 7/18/03. |

## NOTICE BY UNITED STATES OF PARTIAL INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States of America, by its undersigned attorneys, hereby gives notice to the Court of its election to intervene and proceed with this action, in part, and to decline to intervene and proceed with this action, in part, at this time.

## STATEMENT OF THE CASE

The subject Complaint, brought against defendants by Relator Bridgette Beck Jacobs ("Relator"), was filed, in the United States District Court for the Northern District of Georgia, on May 12, 1998. [R-1].[1] The False Claims Act provides that a qui tam complaint shall remain under seal for at least sixty (60) days after receipt by the United States of that complaint and the statement of material evidence and information from the Relator. 31 U.S.C. § 3730(b)(2). By Orders entered previously in this case,

---

[1] References are to the docket entries maintained by the Clerk's Office for documents filed in this case.

the Court has granted the applications of the United States to extend the intervention period in this case through December 29, 2000. Moreover, by Orders dated September 21, 1999, and November 2, 1999, the Court partially lifted the seal upon Relator's Complaint in order that the United States could disclose that Complaint to defendants Dominium Management Corporation ("Dominium") and Atlanta Housing Authority ("AHA").

With regard to the allegations at issue in this case, Relator has named the following individuals and entities as defendants: Patrol Services, Inc.; Andrew W. Bryan; Michelle D. Bryan; Atlanta Housing Authority; and Dominium Management Corporation. Relator Jacobs has charged defendants with having engaged in a series of actions that have resulted in the submission of false claims for labor costs associated with security services provided at Atlanta Housing Authority communities. Those actions are alleged to have included the submission of claims for payment that: failed to reflect the accurate number of hours worked for each employee providing security services at an Atlanta Housing Authority community; requested payments for work allegedly performed by employees that had been terminated; submitted duplicate bills for hours worked by employees; and sought payments for work performed by "ghost" employees.

## DECISION OF THE UNITED STATES REGARDING INTERVENTION

With regard to the claims in the Relator's Complaint, the United States hereby gives notice to the Court of its election to intervene, in part, and proceed with this action, with regard to

2

that part of the Relator's Complaint that charges defendants Dominium Management Corporation, Patrol Services, Inc., Andrew Bryan and Michelle Bryan with having submitted or caused to be submitted false claims for labor costs associated with security services provided at Atlanta Housing Authority communities. The United States shall assume primary responsibility for prosecuting this portion of the Relator's Complaint, pursuant to 31 U.S.C. § 3730(c), and will at a later date substitute its own Complaint regarding such misconduct in lieu of the Relator's *qui tam* Complaint.

With regard to the remaining claims for damages arising from the submission of false claims that are raised in the Relator's *qui tam* Complaint, the United States hereby gives notice to the Court of its election not to intervene on those claims and not to intervene against defendant Atlanta Housing Authority.[2] Although the United States declines to intervene on these remaining claims against defendant Atlanta Housing Authority at this time, the United States respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the Relator to maintain those claims in the name of the United States, subject to the conditions that the "action may be dismissed only if the court and the Attorney General

---

[2] In addition to filing claims for damages arising from the alleged submission of false claims, pursuant to section 3729 of the FCA, 31 U.S.C. § 3729, Relator has filed a claim for damages arising from her alleged wrongful termination by defendant Patrol Services, Inc. The intervention of the United States in this case is limited to Relator's claims for damages under section 3729 of the FCA. The United States is not intervening in and will not be litigating Relator's wrongful termination claim, which has been brought under section 3730(h) of the FCA, 31 U.S.C. § 3730(h).

give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should the Relator or any of the defendants propose to dismiss, settle, or otherwise discontinue any portion of this action in which the United States has declined to intervene, the Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Pursuant to 31 U.S.C. § 3730(c)(3), the United States reserves the right to intervene on the unadopted claims and against the unadopted defendant in this action at a later date, upon a showing of good cause, and further asserts its right to continue to be served will copies of all pleadings in this action, and upon request and at the government's expense, copies of transcripts of depositions taken in this action. Service should be made upon the undersigned attorneys T. Reed Stephens and Daniel A. Caldwell.

Finally, the United States requests that the Complaint and this Notice be unsealed and thereafter be served upon the defendants. Moreover, the United States requests that the Court unseal all Orders that have been entered in this case and the Notice dated August 15, 2000, by which counsel for the Government and Relator were notified of the transfer of this case from the Honorable Richard W. Story to the Honorable Beverly B. Martin. [R-2,5,7,9,11,13,15,17,19,21,23, and 25]. However, the United States further requests that all other pleadings, declarations, and supporting materials previously filed by the United States, including pleadings requesting additional time in which to consider

4

whether to intervene in this case, remain under seal and not be made public or served on the defendants.

A proposed Order is submitted with this Notice.

> Respectfully submitted,
>
> DAVID W. OGDEN
> ACTING ASSISTANT ATTORNEY GENERAL
>
> RICHARD H. DEANE, JR.
> UNITED STATES ATTORNEY
>
> *Dan A. Caldwell*
>
> DANIEL A. CALDWELL
> ASSISTANT U.S. ATTORNEY
> Georgia Bar No. 102510
>
> 1800 U.S. Courthouse
> 75 Spring Street, S.W.
> Atlanta, Georgia 30335
> (404) 581-6224
>
> MICHAEL F. HERTZ
> POLLY A. DAMMANN
> T. REED STEPHENS
> U.S. DEPARTMENT OF JUSTICE
> P.O. Box 261
> Ben Franklin Station
> Washington, D.C. 20044
> (202) 307-0404
>
> Counsel for United States
> of America

## Certificate of Service

I hereby certify that on this date the foregoing Notice of Partial Intervention and proposed Order were served upon relator, by first-class mail, with adequate postage affixed thereto, addressed to:

> Mike Bothwell, Esq.
> 304 Macy Drive
> Roswell, Georgia 30076

This 29th day of December, 2000

*[signature]*
DANIEL A. CALDWELL
ASSISTANT U.S. ATTORNEY

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

ORIGINAL

DEC 29 2000

LUTHER D. THOMAS, Clerk
By: /s/
    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA            :
ex rel. BRIDGETTE BECK JACOBS,      :
                                    :   CIVIL ACTION NO.
            Plaintiff,              :
                                    :   1:98-cv-1348-BBM
    v.                              :
                                    :
PATROL SERVICES, INC.,              :
ANDREW W. BRYAN,                    :   Filed Under Seal
MICHELLE D. BRYAN,                  :
ATLANTA HOUSING AUTHORITY, and      :
DOMINIUM MANAGEMENT CORP.,          :
                                    :
            Defendants.             :

## ORDER

Pursuant to the False Claims Act, 31 U.S.C. § 3730, and the Notice filed by the United States on December 29, 2000, regarding its partial intervention in this action,

IT IS HEREBY ORDERED that

1. the Complaint filed by Relator Bridgette Beck Jacobs be unsealed in order that it may be served upon defendants in this action by the Relator;

2. the United States is granted leave to file its own Complaint in lieu of the Relator's *qui tam* Complaint;

3. the United States is entitled to intervene in the unadopted claims and against the unadopted defendant in this action, for good cause, at any time;

4. should the Relator or any of the defendants propose that his action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval;

5. all previously filed pleadings, declarations, and materials, other than the Complaint, all Orders entered in this case, and the Notice dated August 15, 2000, of the transfer of this action from the Honorable Richard W. Story to the undersigned United States District Judge, shall remain under seal and not be made public or served upon the defendants;

6. the Relator shall serve this Order and the Notice of Partial Intervention that has been filed by the United States of America upon defendants in this action only after service of the Relator's Complaint upon those defendants; and

7. all parties to this action shall serve the United States, through its attorneys of record, T. Reed Stephens and Daniel A. Caldwell, with copies of all pleadings filed in this action and, upon request and at the government's expense, shall provide the United States copies of transcripts of depositions taken in this action.

SO ORDERED this _____ day of _____, _____.

BEVERLY B. MARTIN
UNITED STATES DISTRICT JUDGE

Presented by:

*Daniel A. Caldwell* (signature)

Daniel A. Caldwell
Assistant United States Attorney
Georgia Bar No. 102510

2